UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSALINDA ZARAGOZA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OCEAN SPRAY CRANBERRIES, INC., et )<br>al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 19-10650-JGD |

### ORDER

April 29, 2019

DEIN, U.S.M.J.

For the reasons stated below, the motion for leave to proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE.

*Pro se* litigant Rosalinda Zaragoza brings this action in which she alleges that, after twenty-nine years of employment with defendant Ocean Spray Cranberries, Inc., she was fired in retaliation for having filed administrative claims in which she complained of unlawful employment discrimination.

Zaragoza seeks leave to proceed without prepayment of the $400 filing fee. She has submitted a financial affidavit [ECF #2] using a form Application to Proceed in District Court without Prepayment of Fees or Costs ("Application") provided by the Court. She indicates therein that she is unemployed and disabled. In the field where the applicant is required to report any form of income received in the last twelve months, Zaragoza indicates that she "think[s]" she receives annuities. However, contrary to the instruction on the Application, she

does not describe the amount she has received and the amount she expects she will continue to receive. Zaragoza represents that she does not have any cash or money in a checking or savings account. Her reported assets of value consist of a house valued at $250,000 and a 2006 automobile.

Under 28 U.S.C. § 1915, a person seeking to proceed *in forma pauperis* must submit an affidavit that includes "a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Zaragoza's Application falls short of this requirement because it does not provide the Court with an adequate understanding of her financial situation. In responding that she "think[s]" she receives annuities, Zaragoza has not sufficiently identified the source or amount of said income. Further, it is unclear how she affords her basic life expenses. To the extent that Zaragoza has access to the assets of a spouse or other family member, it is proper for the Court also to consider funds available from that person. *See, e.g.*, *Fridman v. City of New York*, 195 F. Supp. 2d 534, 537 (S.D.N.Y. 2002) ("In assessing an application to proceed in forma pauperis, a court may consider the resources that the applicant has or 'can get' from those who ordinarily provide the applicant with the 'necessities of life,' such as 'from a spouse, parent, adult sibling or other next friend.'" (quoting *Williams v. Spencer*, 455 F. Supp. 205, 208–09 (D. Md. 1978))); *cf. Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000) (where litigant's spouse denied him access to her assets, decision whether to grant indigent status must be based on litigant's financial status alone). If Zaragoza receives gifts of cash, gifts in kinds, or depends on another person for support, she should convey that information in the Application, or, to the extent necessary, on a separate page in which she explains her financial circumstances.

Accordingly, the motion for leave to proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE.  If Zaragoza wishes to pursue this action, she must, **_no later than Monday, May 20, 2019_**, either (1) pay the $400 filing fee; or (2) file a completed Application and include therewith (on a separate page if necessary) an explanation as to how she is provided with the basic necessities of life and any other relevant information concerning her financial circumstances.  Failure to comply with this directive may result in dismissal of the action.  The Clerk shall provide Zaragoza with a form Application to Proceed in District Court without Prepaying Fees or Costs.

SO ORDERED.

                                           /s/ Judith Gail Dein  
                                          Judith Gail Dein  
                                            United States Magistrate Judge